**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

THIS ORDER IS APPROVED.

Dated: March 01, 2010



_____
**JAMES M. MARLAR**
Chief Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-31847

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-bk-11120-JMM |
| Carlos L. Aguirre and Maria E. Aguirre<br>         Debtors. | Chapter 13 |
| Flagstar Bank, FSB<br>         Movant,<br>    vs.<br>Carlos L. Aguirre and Maria E. Aguirre, Debtors,<br>Diane C. Kerns, Trustee.<br>         Respondents. | ORDER<br><br>(Related to Docket #39) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 18, 2007 and recorded in the office of the Pima County Recorder wherein Flagstar Bank, FSB is the current beneficiary and Carlos L. Aguirre and Maria E. Aguirre have an interest in, further described as:

> Lot 11 in Block 20 of ALTADENA HEIGHTS ADDITION, according to the Plat of record in the office of the County Recorder of Pima County, Arizona, in Book 2 of Maps, Page 16.
>
> EXCEPT that portion conveyed to the City of Tucson, a Municipal Corporation by Deed recorded in Docket 6209 at page 579, records of Pima County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT